# **<u>EXHIBIT A</u>**



# Service of Process Transmittal
09/10/2021
CT Log Number 540218228

| | |
|---|---|
| **TO:** | Joe Angulo<br>Bodega Latina Corporation<br>14601B LAKEWOOD BLVD<br>PARAMOUNT, CA 90723-3602 |
| **RE:** | **Process Served in Texas** |
| **FOR:** | Fiesta Mart, L.L.C.  (Domestic State: TX) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | CARMEN RUIZ vs. FIESTA MART, LLC<br>*Name discrepancy noted.* |
| DOCUMENT(S) SERVED: | -- |
| COURT/AGENCY: | None Specified<br>Case # 202157847 |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Dallas, TX |
| DATE AND HOUR OF SERVICE: | By Process Server on 09/10/2021 at 12:42 |
| JURISDICTION SERVED : | Texas |
| APPEARANCE OR ANSWER DUE: | None Specified |
| ATTORNEY(S) / SENDER(S): | None Specified |
| ACTION ITEMS: | SOP Papers with Transmittal, via  UPS Next Day Air , 1ZX212780130893385<br><br>Image SOP<br><br>Email Notification,  Monica Penichet  monica.penichet@blcmarkets.com<br><br>Email Notification,  Juan Ramos  juan.ramos@blcmarkets.com |
| REGISTERED AGENT ADDRESS: | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>866-203-1500<br>DealTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

| | |
|---|---|
| **Date:** | Fri, Sep 10, 2021 |
| **Server Name:** | Godson Egeonu |

| | |
|---|---|
| Entity Served | FIESTA MART, L.L.C. |
| Case Number | 202157847 |
| Jurisdiction | TX |





# Fiesta Mart LLC
## Serve Documents

Your Proof Territory Manager contact information may be found in your Proof app directly by clicking on the job.

**Type:** Entity
**Registered Agent:** CT Corporation System
**Serve Speed:** Expedited
**Primary Address:**
- 1999 Bryan Street, Suite 900, Dallas, TX 75201-3136

**Entity to be Served:** Fiesta Mart LLC
**Matter Number/Name:** C. Ruiz
**Plaintiff(s):**
**Client Details / Special Instructions:** None

## Attempt Log

| Date | Description |
| --- | --- |
|  |  |
|  |  |
|  |  |
|  |  |

CAUSE NO. 202157847

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 906643
EML TRACKING NO: 73913911

| Plaintiff:<br>RUIZ, CARMEN<br>vs.<br>Defendant:<br>FIESTA MART LLC | In The 125th<br>Judicial District Court of<br>Harris County, Texas<br>201 CAROLINE<br>Houston, Texas |
|---|---|

### CITATION CORPORATE

THE STATE OF TEXAS
County of Harris

To:    FIESTA MART LLC (A CORPORATION) BY SERVING ITS REGISTERED AGENT C T CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900, DALLAS TX 75201-3136
OR WHEREVER IT MAY BE FOUND

   Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on September 9, 2021 in the above cited cause number and court. The instrument attached describes the claim against you.

   **YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

   This citation was issued on September 9, 2021, under my hand and seal of said court.



Marilyn Burgess, District Clerk

Issued at the request of:

TODD, JEFFREY NASH
12929 GULF FREEWAY, SUITE 301
HOUSTON, TX  77034
832-243-4953
Bar Number: 24028048

Harris County, Texas
201 CAROLINE  Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By: WANDA CHAMBERS

Tracking Number: 73913911

CAUSE NUMBER: 202157847

| | |
|---|---|
| PLAINTIFF: RUIZ, CARMEN | In the 125th |
| vs. | Judicial District Court of |
| DEFENDANT: FIESTA MART LLC | Harris County, Texas |

OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. on the _____ day of _____, 20_____. Executed at

(Address)_____
in

_____ County at o'clock ___. M. On the _____ day of _____, 20_____, by

Delivering to _____defendant, in person, a true copy of this Citation together with the accompanying _____ copy (ies) of the «Attachment».  Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____day of _____, 20.

Fees $_____

_____         By_____
                    Affiant                                                                              Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared.  After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____, 20__.

_____
Notary Public