```
United States District Court              United States District Court
Southern District of Texas                Southern District of Texas
                                          ENTERED
                                          August 31, 2022
                                          Nathan Ochsner, Clerk
```

| | | |
|---|---|---|
| Carmen Ruiz, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-21-3301 |
| | § | |
| Fiesta Mart, LLC, | § | |
| | § | |
| Defendant. | § | |

## Final Judgment

Carmen Ruiz takes nothing from Fiesta Mart, LLC. (28)

Signed on August 31, 2022, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge